IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Delores Johnson and Alan Williams, | : | |
|---|---|---|
| Plaintiffs | : | |
| v. | : | Case No. 2:08-cv-929 |
| CareStar, et al., | : | Judge Watson |
| Defendants | : | |
| | : | |

## ORDER

Plaintiffs Delores Johnson and Alan Williams bring this action alleging claims

against defendants for fraud on the court, defamation of character, slander and libel,

retaliation, conspiracy, and tampering with witnesses. These claims arise out of

lawsuits in the Ohio Court of Claims and the Court of Common Pleas for Franklin

County, Ohio. This matter is before the Court on Magistrate Judge Abel's November 7,

2008 Report and Recommendation that the complaint be dismissed on initial screening.

No objections were filed to the Report and Recommendation.

The complaint pleads solely Ohio law claims. It does not allege any basis for this

federal court to exercise subject matter jurisdiction. Because no federal claims are

pleaded, there is no basis for this Court to exercise federal question jurisdiction under

28 U.S.C. §1331. Because plaintiffs and defendants are all residents of the State of

Ohio, there is no basis for this court to exercise diversity jurisdiction under 28 U.S.C.

§1332.

Upon *de novo* review in accordance with the provisions of 28 U.S.C.

§636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. The Clerk of

Court is **DIRECTED** to enter **JUDGMENT** dismissing this case for want of subject

matter jurisdiction.

Michael H. Watson, Judge
United States District Court